IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**VS.**            **CRIMINAL CAUSE NUMBER: 4:13-CR-140-MPM-JMV-1**

**FREDDIE D'JUAN CLARK**            **DEFENDANT**

## ORDER GRANTING MOTION FOR BOND

This matter is before the court on Defendant's Motion for Bond [44]. The court having been advised that the Motion is unopposed, and the Government is not seeking detention for the Defendant finds this Motion to be well taken and should be granted.

**THEREFORE,** it is hereby **ORDERED**, that the pending Motion for Bond [44] is **GRANTED** and the Defendant is released on his own recognizance pending the Final Revocation Hearing before United States District Judge Michael P. Mills. Defendant remains under supervision with previously imposed conditions.

SO ORDERED, this the 20th day of May, 2020.

                                               /s/ Jane M. Virden
                                               UNITED STATES MAGISTRATE JUDGE